UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE           :
COMMISSION,                                    :
                                                              :      19 Civ. 9013 (JSR)
                              Plaintiff,           :
            -against-                               :
                                                              :
ALKIVIADES DAVID and HOLOGRAM USA :
NETWORKS INC.,                              :
                              Defendants.     :
-------------------------------------------------------------x

### ORDER APPOINTING TAX ADMINISTRATOR AND AUTHORIZING PAYMENT OF TAX-RELATED FEES, EXPENSES, AND OBLIGATIONS

The Court, having reviewed the unopposed motion of Plaintiff Securities and Exchange Commission (the "Commission") to appoint Miller Kaplan Arase LLP ("Miller Kaplan") as Tax Administrator for all funds under the Court's jurisdiction in this matter and to authorize payment of future tax obligations and the fees and expenses of the Tax Administrator, without further Court order, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Miller Kaplan is appointed Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, for all funds under the Court's jurisdiction in this case (the "Fund").

2. Miller Kaplan shall be designated the Tax Administrator of the Fund, pursuant to Section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Fund. Upon

request, the Tax Administrator shall provide copies of any filings to the Commission's counsel of record.

3.  The Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Fund, submit a request to the Commission's counsel of record for payment from the Fund of any tax obligations of the Fund.

4.  The Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the Commission for the Tax Years 2019 through 2021. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a request to the Commission's counsel of record for payment of fees and expenses from the Fund.

5.  The Commission is authorized to approve and arrange payment of all tax obligations owed by the Fund and the fees and expenses of the Tax Administrator directly from the Fund without further approval of this Court. All payments for taxes and the fees and expenses of the Tax Administrator shall be reported to the Court in a final accounting.

**IT IS SO ORDERED.**

Dated: ___May 7___, 2020

_____
United States District Judge